(101 So. 905)

Ex parte Will LASHLEY et al. (5 Div. 902.)

(Supreme Court of Alabama. Oct. 23, 1924.)

Certiorari to Court of Appeals.

Pruet & Glass, of Ashland, for petitioners.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Will and Jake Lashley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lashley et al. v. State, 20 Ala. App. 301, 101 So. 904.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.